**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re      **Jeffrey Vicki**                              Case No.    **24-10161-amc**
                Debtor                                     Chapter     **13**

### PAYMENT ADVICES / EMPLOYEE INCOME RECORDS

Kindly find the attached pre-filing income records for the above-captioned debtor. Thank you.

Dated: **3/1/2024**

                Respectfully Submitted,

                By: /s/ Paul M. Midzak
                Paul M. Midzak
                Harborstone Law LLP
                40 W. Evergreen Ave., Ste 101
                Philadelphia, PA 19118
                267-713-9212
                Attorney for the Debtor

# insomnia cookies

Insomnia Cookies LLC
one South Broad St
Suite 1710
Philadelphia , PA 19107
484-202-3361

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/25/2023 |
| Period End Date | 01/07/2024 |
| Pay Date | 01/12/2024 |
| Document | 425556 |
| **Net Pay** | **$3,432.62** |

## Pay Details

**JEFFREY VICKI**
229 EDGEMONT AVENUE
ARDMORE, PA 19003
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 46465 | | Pay Group | Bi-Weekly | |
| SSN | XXX-XX-XXXX | | Location | Pennsylvania Support Cntr | |
| Job | Tax Manager | | Division | 974 - Finance Accounting | |
| Pay Rate | $60.0962 | | Department | 998 - Pennsylvania Support Cntr | |
| Pay Frequency | Biweekly | | Region | SC - Support Center | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Reg Pay Salary | 80.0000 | $60.0962 | $4,807.69 | $4,807.69 |

| | | | |
|---|---|---|---|
| Total Hours Worked | 80.0000 | Total Hours | 80.0000 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $192.31 | $192.31 | $0.00 | $0.00 |
| Accident Ins | Yes | $11.85 | $11.85 | $0.00 | $0.00 |
| Child Life | No | $1.34 | $1.34 | $0.00 | $0.00 |
| Criticl Illness | Yes | $33.23 | $33.23 | $0.00 | $0.00 |
| EE Sup Life | No | $6.37 | $6.37 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $42.35 | $42.35 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.59 | $1.59 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $96.15 | $96.15 |
| Basic EE Life | No | $0.00 | $0.00 | $0.49 | $0.49 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $409.97 | $409.97 |
| Employee Medicare | $68.44 | $68.44 |
| Social Security Employee Tax | $292.66 | $292.66 |
| PA State Income Tax | $146.21 | $146.21 |
| PHILA NR | $165.38 | $165.38 |
| PA Unemployment Employee | $3.37 | $3.37 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| ISMC IDAYS | 0.0000 | 16.0000 | 16.0000 |
| ISMC ILLNES | 0.0000 | 0.0000 | 40.0000 |
| ISMC PTO | 0.0000 | 4.6167 | 44.6167 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx9073 | Checking | $3,432.62 |
| Total | | $3,432.62 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,807.69 | $4,527.95 | $1,086.03 | $289.04 | **$3,432.62** |
| YTD | $4,807.69 | $4,527.95 | $1,086.03 | $289.04 | $3,432.62 |



| | | |
|---|---|---|
| Insomnia Cookies LLC | | **Pay Statement** |
| one South Broad St | | Period Start Date 12/11/2023 |
| Suite 1710 | | Period End Date 12/24/2023 |
| Philadelphia , PA 19107 | | Pay Date 12/29/2023 |
| 484-202-3361 | | Document 421265 |
| | | **Net Pay** **$2,790.35** |

**Pay Details**

| | | | | |
|---|---|---|---|---|
| **JEFFREY VICKI** | Employee Number | 46465 | Pay Group | Bi-Weekly |
| 229 EDGEMONT AVENUE | SSN | XXX-XX-XXXX | Location | Pennsylvania Support Cntr |
| ARDMORE, PA 19003 | Job | Tax Manager | Division | 974 - Finance Accounting |
| USA | Pay Rate | $60.0962 | Department | 998 - Pennsylvania Support Cntr |
| | Pay Frequency | Biweekly | Region | SC - Support Center |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Reg Pay Salary | 80.0000 | $60.0962 | $4,807.69 | $124,999.94 |
| **Total Hours Worked** 80.0000 | **Total Hours** 80.0000 | | | |

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident Ins | Yes | $11.85 | $154.05 | $0.00 | $0.00 |
| Child Life | No | $1.34 | $32.16 | $0.00 | $0.00 |
| Criticl Illness | Yes | $33.23 | $431.99 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $95.26 | $0.00 | $0.00 |
| EE Sup Life | No | $6.37 | $132.09 | $0.00 | $0.00 |
| HSA | Yes | $0.00 | $600.00 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $32.65 | $665.88 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $230.28 | $0.00 | $900.06 |
| Vision | Yes | $0.00 | $19.32 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.59 | $32.99 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $0.49 | $11.76 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,253.50 | $25,091.01 |
| Employee Medicare | $68.59 | $1,780.65 |
| Social Security Employee Tax | $293.26 | $7,613.80 |
| PA State Income Tax | $146.21 | $3,790.51 |
| PHILA NR | $165.38 | $4,299.88 |
| PA Unemployment Employee | $3.37 | $87.13 |

**Paid Time Off**

| Plan | Taken | Current | Balance |
|---|---|---|---|
| ISMC IDAYS | 0.0000 | 0.0000 | 16.0000 |
| ISMC ILLNES | 0.0000 | 0.0000 | 40.0000 |
| ISMC PTO | 0.0000 | 4.6167 | 131.5833 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx9073 | Checking | $2,790.35 |
| Total | | $2,790.35 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,807.69 | $4,729.96 | $1,930.31 | $87.03 | **$2,790.35** |
| YTD | $124,999.94 | $122,803.16 | $42,662.98 | $2,394.02 | $79,942.94 |



| | |
|---|---|
| Insomnia Cookies LLC | **Pay Statement** |
| one South Broad St | Period Start Date 11/27/2023 |
| Suite 1710 | Period End Date 12/10/2023 |
| Philadelphia , PA 19107 | Pay Date 12/15/2023 |
| 484-202-3361 | Document 415349 |
| | **Net Pay** **$2,783.73** |

**Pay Details**

**JEFFREY VICKI**
229 EDGEMONT AVENUE
ARDMORE, PA 19003
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 46465 | Pay Group | Bi-Weekly | | |
| SSN | XXX-XX-XXXX | Location | Pennsylvania Support Cntr | | |
| Job | Tax Manager | Division | 974 - Finance Accounting | | |
| Pay Rate | $60.0962 | Department | 998 - Pennsylvania Support Cntr | | |
| Pay Frequency | Biweekly | Region | SC - Support Center | | |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Reg Pay Salary | 80.0000 | $60.0962 | $4,807.69 | $120,192.25 |
| **Total Hours Worked** 80.0000 | **Total Hours** 80.0000 | | | |

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident Ins | Yes | $11.85 | $142.20 | $0.00 | $0.00 |
| Child Life | No | $1.34 | $30.82 | $0.00 | $0.00 |
| Criticl Illness | Yes | $33.23 | $398.76 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $95.26 | $0.00 | $0.00 |
| EE Sup Life | No | $6.37 | $125.72 | $0.00 | $0.00 |
| HSA | Yes | $0.00 | $600.00 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $42.35 | $633.23 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $230.28 | $0.00 | $900.06 |
| Vision | Yes | $0.00 | $19.32 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.59 | $31.40 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $0.49 | $11.27 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,251.17 | $23,837.51 |
| Employee Medicare | $68.44 | $1,712.06 |
| Social Security Employee Tax | $292.66 | $7,320.54 |
| PA State Income Tax | $146.21 | $3,644.30 |
| PHILA NR | $165.38 | $4,134.50 |
| PA Unemployment Employee | $3.37 | $83.76 |

**Paid Time Off**

| Plan | Taken | Current | Balance |
|---|---|---|---|
| ISMC IDAYS | 0.0000 | 0.0000 | 16.0000 |
| ISMC ILLNES | 0.0000 | 0.0000 | 40.0000 |
| ISMC PTO | 0.0000 | 4.6167 | 126.9667 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx9073 | Checking | $2,783.73 |
| Total | | $2,783.73 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,807.69 | $4,720.26 | $1,927.23 | $96.73 | **$2,783.73** |
| YTD | $120,192.25 | $118,073.20 | $40,732.67 | $2,306.99 | $77,152.59 |



| | | |
|---|---|---|
| Insomnia Cookies LLC<br>one South Broad St<br>Suite 1710<br>Philadelphia , PA 19107<br>484-202-3361 | | **Pay Statement**<br>Period Start Date  11/13/2023<br>Period End Date  11/26/2023<br>Pay Date  12/01/2023<br>Document  411557<br>**Net Pay**  **$2,802.43** |

**Pay Details**

| | | |
|---|---|---|
| **JEFFREY VICKI**<br>229 EDGEMONT AVENUE<br>ARDMORE, PA 19003<br>USA | Employee Number  46465<br>SSN  XXX-XX-XXXX<br>Job  Tax Manager<br>Pay Rate  $60.0962<br>Pay Frequency  Biweekly | Pay Group  Bi-Weekly<br>Location  Pennsylvania Support Cntr<br>Division  974 - Finance Accounting<br>Department  998 - Pennsylvania Support Cntr<br>Region  SC - Support Center |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Reg Pay Salary | 80.0000 | $60.0962 | $4,807.69 | $115,384.56 |
| Total Hours Worked  80.0000 | | Total Hours  80.0000 | | |

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident Ins | Yes | $11.85 | $130.35 | $0.00 | $0.00 |
| Child Life | No | $1.34 | $29.48 | $0.00 | $0.00 |
| Criticl Illness | Yes | $33.23 | $365.53 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $95.26 | $0.00 | $0.00 |
| EE Sup Life | No | $6.37 | $119.35 | $0.00 | $0.00 |
| HSA | Yes | $0.00 | $600.00 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $15.00 | $590.88 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $230.28 | $0.00 | $900.06 |
| Vision | Yes | $0.00 | $19.32 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.59 | $29.81 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $0.49 | $10.78 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,257.73 | $22,586.34 |
| Employee Medicare | $68.84 | $1,643.62 |
| Social Security Employee Tax | $294.35 | $7,027.88 |
| PA State Income Tax | $146.21 | $3,498.09 |
| PHILA NR | $165.38 | $3,969.12 |
| PA Unemployment Employee | $3.37 | $80.39 |

**Paid Time Off**

| Plan | Taken | Current | Balance |
|---|---|---|---|
| ISMC IDAYS | 0.0000 | 0.0000 | 16.0000 |
| ISMC ILLNES | 0.0000 | 0.0000 | 40.0000 |
| ISMC PTO | 0.0000 | 4.6167 | 122.3500 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx9073 | Checking | $2,802.43 |
| Total | | $2,802.43 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,807.69 | $4,747.61 | $1,935.88 | $69.38 | **$2,802.43** |
| YTD | $115,384.56 | $113,352.94 | $38,805.44 | $2,210.26 | $74,368.86 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 21804336 |
| Name | Holly Vicki |
| Home Address | 229 Edgemont Ave<br>Ardmore, PA 19003 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Conshohocken - 300 Conshohocken State Rd (PA2125) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001168420 |
| GL Company | 2358 |
| Pay Rate | $33.67 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 12/18/2023 |
| Pay End Date | 12/31/2023 |
| Advice # | N/A |
| Pay Date | 01/05/2024 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 6,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 -  Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

### Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Early Dismissal for Day | | | 33.67 | 4 | 4 | 134.68 | 134.68 |
| *GTL Imputed | | | | | | 0.97 | 0.97 |
| Holiday | | | 33.67 | 8 | 8 | 269.36 | 269.36 |
| Occasional Illness | | | 33.67 | 2 | 2 | 67.34 | 67.34 |
| Regular Earnings | | | 33.67 | 66 | 66 | 2,222.23 | 2,222.23 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,694.58** | **2,694.58** |

### Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 2,279.60 | 2,279.60 | 141.34 | 141.34 |
| Medicare | 2,279.60 | 2,279.60 | 33.05 | 33.05 |
| State Tax (Work) - PA | 2,278.63 | 2,278.63 | 69.95 | 69.95 |
| Unemployment Ins - PA | 2,693.61 | 2,693.61 | 1.89 | 1.89 |
| City - WCONS | 2,278.63 | 2,278.63 | 22.79 | 22.79 |
| PA Local Service Tax - | 2,278.63 | 2,278.63 | 2.00 | 2.00 |
| **Total (Taxes)** | | | **271.02** | **271.02** |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 161.62 | 161.62 |
| Dental (Regular) | 55.07 | 55.07 |
| HSA Contribution | 288.46 | 288.46 |
| Medical (Regular) | 62.72 | 62.72 |
| Vision (Regular) | 8.73 | 8.73 |
| **Total (Pre-Tax Deductions)** | **576.60** | **576.60** |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Ally Bank | ******6161 | Checking | 1,841.84 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Critical Illness Ins (Regular) | 4.15 | 4.15 |
| **Total (After-Tax Deductions)** | **4.15** | **4.15** |

### Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,693.61 | 576.60 | 271.02 | 4.15 | 1,841.84 |
| **YTD** | 2,693.61 | 576.60 | 271.02 | 4.15 | 1,841.84 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 0 | 2 | 56.08 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 21804336 |
| Name | Holly Vicki |
| Home Address | 229 Edgemont Ave<br>Ardmore, PA 19003 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Conshohocken - 300 Conshohocken State Rd (PA2125) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001168420 |
| GL Company | 2358 |
| Pay Rate | $33.67 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 12/04/2023 |
| Pay End Date | 12/17/2023 |
| Advice # | N/A |
| Pay Date | 12/22/2023 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 6,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
| Early Dismissal for Day | | | | | | | 707.10 |
| *GTL Imputed | | | | | | 0.97 | 20.37 |
| Holiday | | | | | | | 2,424.24 |
| Occasional Illness | | | 33.67 | 2 | 22 | 67.34 | 740.75 |
| Regular Earnings | | | 33.67 | 78 | 1,757 | 2,626.26 | 59,158.23 |
| Global Recognition | | | | | | | 89.51 |
| Vacation Pay | | | | | | | 4,040.40 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,694.57** | **67,180.60** |

| Employee Taxes | | | | |
|---|---|---|---|---|
| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
| Social Security | 2,310.00 | 59,079.47 | 143.22 | 3,662.93 |
| Medicare | 2,310.00 | 59,079.47 | 33.49 | 856.65 |
| Federal Withholding | 2,148.38 | 56,776.39 | 0.00 | 468.15 |
| State Tax (Work) - PA | 2,309.03 | 59,059.10 | 70.89 | 1,813.07 |
| Unemployment Ins - PA | 2,693.60 | 67,160.23 | 1.88 | 47.01 |
| City - WCONS | 2,309.03 | 59,059.10 | 23.09 | 590.61 |
| PA Local Service Tax - | 0.00 | 0.00 | | 50.00 |
| **Total (Taxes)** | | | **272.57** | **7,488.42** |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| Pre-tax 401(k) | 161.62 | 2,303.08 |
| Dental (Regular) | 51.95 | 1,090.95 |
| HSA Contribution | 238.00 | 5,000.00 |
| Medical (Regular) | 85.89 | 1,826.85 |
| Vision (Regular) | 8.73 | 183.33 |
| **Total (Pre-Tax Deductions)** | **546.19** | **10,404.21** |

| After-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| RecognitionGUOffset | | 57.25 |
| **Total (After-Tax Deductions)** | | **57.25** |

| Direct Deposit Distribution | | | |
|---|---|---|---|
| Financial Institution | Account | Type | Amount |
| Ally Bank | ******6161 | Checking | 1,874.84 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
| **Current** | 2,693.60 | 546.19 | 272.57 | | 1,874.84 |
| **YTD** | 67,160.23 | 10,404.21 | 7,488.42 | 57.25 | 49,210.35 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---:|---:|---:|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 2 | 58.08 |

| Employee Details | |
|---|---|
| Person Number | 21804336 |
| Name | Holly Vicki |
| Home Address | 229 Edgemont Ave<br>Ardmore, PA 19003 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Conshohocken - 300 Conshohocken State Rd (PA2125) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001168420 |
| GL Company | 2358 |
| Pay Rate | $33.67  Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 12/04/2023 |
| Pay End Date | 12/17/2023 |
| Advice # | N/A |
| Pay Date | 12/15/2023 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 6,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 -  Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
| Early Dismissal for Day | | | | | | | 707.10 |
| *GTL Imputed | | | | | | | 19.40 |
| Holiday | | | | | | | 2,424.24 |
| Occasional Illness | | | | | | | 673.41 |
| Regular Earnings | | | | | | | 56,531.97 |
| Global Recognition | | | | | | 89.51 | 89.51 |
| Vacation Pay | | | | | | | 4,040.40 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **89.51** | **64,486.03** |

| Employee Taxes | | | | |
|---|---|---|---|---|
| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
| Social Security | 89.51 | 56,769.47 | 5.55 | 3,519.71 |
| Medicare | 89.51 | 56,769.47 | 1.30 | 823.16 |
| Federal Withholding | 89.51 | 54,628.01 | 19.69 | 468.15 |
| State Tax (Work) - PA | 89.51 | 56,750.07 | 2.75 | 1,742.18 |
| Unemployment Ins - PA | 89.51 | 64,466.63 | 0.07 | 45.13 |
| City - WCONS | 89.51 | 56,750.07 | 0.90 | 567.52 |
| PA Local Service Tax - | 89.51 | 56,750.07 | 2.00 | 50.00 |
| **Total (Taxes)** | | | **32.26** | **7,215.85** |

| Direct Deposit Distribution | | | |
|---|---|---|---|
| Financial Institution | Account | Type | Amount |
| Ally Bank | ******6161 | Checking | 0.00 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| Pre-tax 401(k) | | 2,141.46 |
| Dental (Regular) | | 1,039.00 |
| HSA Contribution | | 4,762.00 |
| Medical (Regular) | | 1,740.96 |
| Vision (Regular) | | 174.60 |
| **Total (Pre-Tax Deductions)** | | **9,858.02** |

| After-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| RecognitionGUOffset | 57.25 | 57.25 |
| **Total (After-Tax Deductions)** | **57.25** | **57.25** |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
| **Current** | 89.51 | | 32.26 | 57.25 | 0.00 |
| **YTD** | 64,466.63 | 9,858.02 | 7,215.85 | 57.25 | 47,335.51 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

**Payslip Details**

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 2 | 58.08 |

| Employee Details | |
|---|---|
| Person Number | 21804336 |
| Name | Holly Vicki |
| Home Address | 229 Edgemont Ave<br>Ardmore, PA 19003 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Conshohocken - 300 Conshohocken State Rd (PA2125) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001168420 |
| GL Company | 2358 |
| Pay Rate | $33.67 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 11/20/2023 |
| Pay End Date | 12/03/2023 |
| Advice # | N/A |
| Pay Date | 12/08/2023 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 6,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
| Early Dismissal for Day | | | 33.67 | 2.5 | 21 | 84.18 | 707.10 |
| *GTL Imputed | | | | | | 0.97 | 19.40 |
| Holiday | | | 33.67 | 8 | 72 | 269.36 | 2,424.24 |
| Occasional Illness | | | | | | | 673.41 |
| Regular Earnings | | | 33.67 | 61.5 | 1,679 | 2,070.71 | 56,531.97 |
| Vacation Pay | | | 33.67 | 8 | 120 | 269.36 | 4,040.40 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,694.58** | **64,396.52** |

| Employee Taxes | | | | |
|---|---|---|---|---|
| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
| Social Security | 2,309.91 | 56,679.96 | 143.22 | 3,514.16 |
| Medicare | 2,309.91 | 56,679.96 | 33.49 | 821.86 |
| Federal Withholding | 2,148.29 | 54,538.50 | 0.00 | 448.46 |
| State Tax (Work) - PA | 2,308.94 | 56,660.56 | 70.88 | 1,739.43 |
| Unemployment Ins - PA | 2,693.61 | 64,377.12 | 1.88 | 45.06 |
| City - WCONS | 2,308.94 | 56,660.56 | 23.09 | 566.62 |
| PA Local Service Tax - | 2,308.94 | 56,660.56 | 2.00 | 48.00 |
| **Total (Taxes)** | | | **274.56** | **7,183.59** |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| Pre-tax 401(k) | 161.62 | 2,141.46 |
| Dental (Regular) | 51.95 | 1,039.00 |
| HSA Contribution | 238.10 | 4,762.00 |
| Medical (Regular) | 85.89 | 1,740.96 |
| Vision (Regular) | 8.73 | 174.60 |
| **Total (Pre-Tax Deductions)** | **546.29** | **9,858.02** |

| After-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| **Total (After-Tax Deductions)** | | |

| Direct Deposit Distribution | | | |
|---|---|---|---|
| Financial Institution | Account | Type | Amount |
| Ally Bank | ******6161 | Checking | 1,872.76 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
| **Current** | 2,693.61 | 546.29 | 274.56 | 0.00 | 1,872.76 |
| **YTD** | 64,377.12 | 9,858.02 | 7,183.59 | 0.00 | 47,335.51 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 0 | 57 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 21804336 |
| Name | Holly Vicki |
| Home Address | 229 Edgemont Ave<br>Ardmore, PA 19003 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Conshohocken - 300 Conshohocken State Rd (PA2125) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001168420 |
| GL Company | 2358 |
| Pay Rate | $33.67  Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 11/06/2023 |
| Pay End Date | 11/19/2023 |
| Advice # | N/A |
| Pay Date | 11/24/2023 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 6,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 -  Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
| Early Dismissal for Day | | | | | | | 622.92 |
| *GTL Imputed | | | | | | 0.97 | 18.43 |
| Holiday | | | 33.67 | 8 | 64 | 269.36 | 2,154.88 |
| Occasional Illness | | | | | | | 673.41 |
| Regular Earnings | | | 33.67 | 72 | 1,617.5 | 2,424.24 | 54,461.26 |
| Vacation Pay | | | | | | | 3,771.04 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,694.57** | **61,701.94** |

| Employee Taxes | | | | |
|---|---|---|---|---|
| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
| Social Security | 2,309.90 | 54,370.05 | 143.21 | 3,370.94 |
| Medicare | 2,309.90 | 54,370.05 | 33.50 | 788.37 |
| Federal Withholding | 2,148.28 | 52,390.21 | 0.00 | 448.46 |
| State Tax (Work) - PA | 2,308.93 | 54,351.62 | 70.88 | 1,668.55 |
| Unemployment Ins - PA | 2,693.60 | 61,683.51 | 1.89 | 43.18 |
| City - WCONS | 2,308.93 | 54,351.62 | 23.09 | 543.53 |
| PA Local Service Tax - | 2,308.93 | 54,351.62 | 2.00 | 46.00 |
| **Total (Taxes)** | | | **274.57** | **6,909.03** |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| Pre-tax 401(k) | 161.62 | 1,979.84 |
| Dental (Regular) | 51.95 | 987.05 |
| HSA Contribution | 238.10 | 4,523.90 |
| Medical (Regular) | 85.89 | 1,655.07 |
| Vision (Regular) | 8.73 | 165.87 |
| **Total (Pre-Tax Deductions)** | **546.29** | **9,311.73** |

| After-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| **Total (After-Tax Deductions)** | | |

| Direct Deposit Distribution | | | |
|---|---|---|---|
| Financial Institution | Account | Type | Amount |
| Ally Bank | ******6161 | Checking | 1,872.74 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
| Current | 2,693.60 | 546.29 | 274.57 | 0.00 | 1,872.74 |
| YTD | 61,683.51 | 9,311.73 | 6,909.03 | 0.00 | 45,462.75 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---:|---:|---:|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 0 | 53.92 |