**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jeffrey Vicki |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION |
| Case number (if known) | 2:24-bk-10161 |

☒ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 229 Edgemont Ave., Ardmore, PA 19003<br>Montgomery County<br>Line from *Schedule A/B*: 1.1 | $440,000.00 | ☒ $27,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| 2014 Mazda Mazda 3 68,000 miles<br>Good condition<br>Line from *Schedule A/B*: 3.1 | $6,000.00 | ☒ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Furniture, small appliances, linens, kitchenware, miscellaneous furnishings, and household goods<br>Line from *Schedule A/B*: 6.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Computers, tablets, printers, cell phones, and miscellaneous electronics.<br>Line from *Schedule A/B*: 7.1 | $1,200.00 | ☒ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Silver coins and digital art (NFT)<br>Line from *Schedule A/B*: 8.1 | $4,760.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Jeffrey Vicki | | Case number (if known) | 2:24-bk-10161 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Bicycles and exercise equipment<br>Line from *Schedule A/B*: 9.1 | $600.00 | ☒<br>☐ | $600.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Everyday clothes, coats, shoes, accessories and other miscellaneous clothing items<br>Line from *Schedule A/B*: 11.1 | $1,500.00 | ☒<br>☐ | $1,500.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Watch and other miscellaneous jewelry<br>Line from *Schedule A/B*: 12.1 | $500.00 | ☒<br>☐ | $500.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Pet bearded dragon and dove<br>Line from *Schedule A/B*: 13.1 | $100.00 | ☒<br>☐ | $100.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Ally Bank x1519<br>Line from *Schedule A/B*: 17.2 | $0.00 | ☒<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Ally Bank x6161<br>Line from *Schedule A/B*: 17.3 | $2,000.00 | ☒<br>☐ | $1,000.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Bank of America<br>Line from *Schedule A/B*: 17.4 | $981.00 | ☒<br>☐ | $375.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Capital One x3699 (Child's Account)<br>Line from *Schedule A/B*: 17.5 | $405.23 | ☒<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Capital One x4096 (Child's Account)<br>Line from *Schedule A/B*: 17.6 | $397.49 | ☒<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Capital One x7422 (Child's Account)<br>Line from *Schedule A/B*: 17.7 | $247.86 | ☒<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Capital One x9073<br>Line from *Schedule A/B*: 17.8 | $2,100.00 | ☒<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Coinbase x5559<br>Line from *Schedule A/B*: 17.9 | $0.00 | ☒<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Jeffrey Vicki | | Case number (if known) | 2:24-bk-10161 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Merrill Lynch x3N58 (Child's Account) <br> Line from Schedule A/B: 17.10 | $1,500.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Merrill Lynch x3P37 (Child's Account) <br> Line from Schedule A/B: 17.11 | $2,559.30 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Merrill Lynch x3P38 (Child's Account) <br> Line from Schedule A/B: 17.12 | $1,500.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| PayPal <br> Line from Schedule A/B: 17.13 | $0.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| PSECU x8651-0001 <br> Line from Schedule A/B: 17.14 | $5.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| PSECU x8651-0004 <br> Line from Schedule A/B: 17.15 | $0.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Venmo <br> Line from Schedule A/B: 17.16 | $0.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Capital One x3842 <br> Line from Schedule A/B: 17.1 | $52.91 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| iTrustCapital x3974 <br> Line from Schedule A/B: 21.3 | $0.01 | ☒ $0.01 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Merrill Lynch <br> Line from Schedule A/B: 21.1 | $0.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Principal Financial Services, Inc. <br> Line from Schedule A/B: 21.2 | $286.00 | ☒ $286.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Expected Tax Refund for 2023 <br> Line from Schedule A/B: 28.1 | $2,000.00 | ☒ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Jeffrey Vicki | Case number (if known) | 2:24-bk-10161 |
|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Term Life Insurance<br>Line from Schedule A/B: 31.1 | $0.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes