# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEFFREY VICKI | CASE NO: 24-10161<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 19 |

On 4/10/2024, I did cause a copy of the following documents, described below,

First Amended Chapter 13 Plan Filed by Jeffrey Vicki  ECF Docket Reference No. 19

Amended Schedule J - Your Expenses Filed by PAUL MICHAEL MIDZAK on behalf of Jeffrey Vicki. 20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/10/2024

/s/ Paul M. Midzak, Esq.
Paul M. Midzak, Esq.  310447
Attorney at Law
Harborstone Law, LLP
40 W Evergreen Ave., Ste. 101
Philadelphia, PA  19118
215 248 0989
paul@harborstonelaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> JEFFREY VICKI | CASE NO: 24-10161 <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 <br> ECF Docket Reference No. 19 |

On 4/10/2024, a copy of the following documents, described below,

First Amended Chapter 13 Plan Filed by Jeffrey Vicki  ECF Docket Reference No. 19

Amended Schedule J - Your Expenses Filed by PAUL MICHAEL MIDZAK on behalf of Jeffrey Vicki. 20

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/10/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul M. Midzak, Esq.
Harborstone Law, LLP
40 W Evergreen Ave., Ste. 101
Philadelphia, PA  19118

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-10161<br>EASTERN DISTRICT OF PENNSYLVANIA<br>WED APR 10 7-40-59 PST 2024 | (U)MATRIX FINANCIAL SERVICES<br>CORPORATION | PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA  PA 19107-4233 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO  TX 79998-1540 | AMEX<br>PO BOX 981537<br>EL PASO  TX 79998-1537 |
| AMY DOYLE  ESQ<br>DOYLE  HOEFS  LLC 2043 SPRINGWOOD ROAD<br>YORK  PA 17403-4836 | BARCLAYS BANK<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON  DE 19899-8801 | BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>125 S WEST ST<br>WILMINGTON  DE 19801-5014 |
| BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON  DE 19899-8803 | CBNA<br>ATTN CENTRALIZED BANKRUPTCYCITICORP<br>PO BOX 790034<br>SAINT LOUIS  MO 63179-0034 | CBNA  LL BEAN<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 |
| CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS  MO 63179-0040 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS  SD 57117-6217 | CITIBANK NA<br>CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 |
| (P)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 | LVNV FUNDING LLC<br>6801 S CIMARRON ROAD SUITE 424J<br>LAS VEGAS  NV 89113-2273 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| LENDCLUB BNK<br>ATTN BANKRUPTCY<br>595 MARKET ST<br>STE 200<br>SAN FRANCISCO  CA 94105-2802 | LENDINGCLUB BANK<br>595 MARKET ST<br>SAN FRANCISCO  CA 94105-2802 | MATRIX FINANCIAL SERVICES CORPORATION<br>CO MARK A CRONIN<br>KML LAW GROUP  PC<br>701 MARKET STREET  SUITE 5000<br>PHILADELPHIA  PA 19106-1541 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PSECU<br>ATTENTION BANKRUPTCY<br>PO BOX 67013<br>HARRISBURG  PA 17106-7013 | PSECU<br>PO BOX 1006<br>HARRISBURG  PA 17108-1006 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | (P)ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715-0200 | ROUNDPOINT MORTGAGE SERVICING<br>CORPORATIO<br>446 WRENPLACE RD<br>FORT MILL  SC 29715-0200 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROUNDPOINT MORTGAGE SERVICING
CORPORATIO
ATTN BANKRUPTCY
PO BOX 19409
CHARLOTTE   NC 28219-9409

SANTANDER BANK
ATTN BANKRUPTCY MA1MB30109
PO BOX 841002
BOSTON   MA 02284-1002

SANTANDER BANK
PO BOX 12646
READING   PA 19612-2646

SANTANDER BANK
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

SANTANDER BANK   NA
450 PENN STREET
MC PA-450-FB1
READING   PA 19602-1011

SOFI LENDING CORP
1 LETTERMAN DR
SAN FRANCISCO   CA 94129-1494

SOFI LENDING CORP
ATTN BANKRUPTCY
PO BOX 654158
DALLAS   TX 75265-4158

STATE DEPARTMENT FEDERAL CREDIT UNION
1630 KING ST
ALEXANDRIA   VA 22314-2745

TD BANK USA   NA
CO WEINSTEIN   RILEY   PS
1415 WESTERN AVE   SUITE 700
SEATTLE   WA 98101-2051

TARGET
PO BOX 673
MINNEAPOLIS   MN 55440-0673

TARGET
CO FINANCIAL   RETAIL SRVS MAILSTOP BT
PO BOX 9475
MINNEAPOLIS   MN 55440-9475

EXCLUDE
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA   PA 19107-4202

ZWICKER   ASSOCIATES   PC
80 MINUTEMAN ROAD
ANDOVER   MA 01810-1008

DEBTOR
JEFFREY VICKI
229 EDGEMONT AVE
ARDMORE   PA 19003-2704

PAUL MICHAEL MIDZAK
HARBORSTONE LAW LLP
40 W EVERGREEN AVE
STE 101
PHILADELPHIA   PA 19118-3324

(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265