# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-10161 |
|---|---|
| JEFFREY VICKI | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 25 |

On 7/18/2024, I did cause a copy of the following documents, described below,

Second Amended Chapter 13 Plan Filed by Jeffrey Vicki (related document(s)[19]). (MIDZAK, PAUL) ECF Docket Reference No. 25

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/18/2024

/s/ Paul M. Midzak, Esq.
Paul M. Midzak, Esq.  310447
Attorney at Law
Harborstone Law LLP
40 W Evergreen Ave., Ste. 101
Philadelphia, PA  19118
215 248 0989
paul@harborstonelaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 24-10161 |
| JEFFREY VICKI | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 25 |

On 7/18/2024, a copy of the following documents, described below,

Second Amended Chapter 13 Plan Filed by Jeffrey Vicki (related document(s)[19]). (MIDZAK, PAUL) ECF Docket Reference No. 25

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/18/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul M. Midzak, Esq.
Harborstone Law LLP
40 W Evergreen Ave., Ste. 101
Philadelphia, PA  19118

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              EXCLUDE                                EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING       (U)MATRIX FINANCIAL SERVICES           PHILADELPHIA
NCRS ADDRESS DOWNLOAD                  CORPORATION                            900 MARKET STREET
CASE 24-10161                                                                 SUITE 400
EASTERN DISTRICT OF PENNSYLVANIA                                              PHILADELPHIA  PA 19107-4233
THU JUL 18 9-22-39 PST 2024



AMERICAN EXPRESS NATIONAL BANK         AMEX                                   AMEX
CO BECKET AND LEE LLP                  CORRESPONDENCEBANKRUPTCY               PO BOX 981537
PO BOX 3001                            PO BOX 981540                          EL PASO  TX 79998-1537
MALVERN  PA 19355-0701                 EL PASO  TX 79998-1540



AMY DOYLE  ESQ                         BARCLAYS BANK                          BARCLAYS BANK DELAWARE
DOYLE  HOEFS  LLC 2043 SPRINGWOOD ROAD ATTN BANKRUPTCY                        ATTN BANKRUPTCY
YORK  PA 17403-4836                    PO BOX 8801                            125 S WEST ST
                                       WILMINGTON  DE 19899-8801              WILMINGTON  DE 19801-5014



BARCLAYS BANK DELAWARE                 CBNA                                   CBNA  LL BEAN
PO BOX 8803                            ATTN CENTRALIZED BANKRUPTCYCITICORP    PO BOX 6497
WILMINGTON  DE 19899-8803              PO BOX 790034                          SIOUX FALLS  SD 57117-6497
                                       SAINT LOUIS  MO 63179-0034



CITIBANK                               CITIBANK                               CITIBANK NA
CITICORP CR SRVSCENTRALIZED BANKRUPTCY PO BOX 6217                            CITIBANK  NA
PO BOX 790040                          SIOUX FALLS  SD 57117-6217             5800 S CORPORATE PL
SAINT LOUIS  MO 63179-0040                                                    SIOUX FALLS  SD  57108-5027



(P)CREDIT CORP SOLUTIONS INC           LVNV FUNDING LLC                       LVNV FUNDING  LLC
121 W ELECTION RD                      6801 S CIMARRON ROAD SUITE 424J        RESURGENT CAPITAL SERVICES
SANDY UT 84020-7766                    LAS VEGAS  NV 89113-2273               PO BOX 10587
                                                                              GREENVILLE  SC 29603-0587



LENDCLUB BNK                           LENDINGCLUB BANK                       MATRIX FINANCIAL SERVICES CORPORATION
ATTN BANKRUPTCY                        595 MARKET ST                          CO MARK A CRONIN
595 MARKET ST                          SAN FRANCISCO  CA 94105-2802           KML LAW GROUP  PC
STE 200                                                                       701 MARKET STREET  SUITE 5000
SAN FRANCISCO  CA 94105-2802                                                  PHILADELPHIA  PA 19106-1541



(P)PORTFOLIO RECOVERY ASSOCIATES LLC   PSECU                                  PSECU
PO BOX 41067                           ATTENTION BANKRUPTCY                   PO BOX 1006
NORFOLK VA 23541-1067                  PO BOX 67013                           HARRISBURG  PA 17108-1006
                                       HARRISBURG  PA 17106-7013



QUANTUM3 GROUP LLC AS AGENT FOR        (P)ROUNDPOINT MORTGAGE SERVICING       ROUNDPOINT MORTGAGE SERVICING
CREDIT CORP SOLUTIONS INC              CORPORATION                            CORPORATIO
PO BOX 788                             446 WRENPLACE ROAD                     446 WRENPLACE RD
KIRKLAND  WA  98083-0788               FORT MILL SC 29715-0200                FORT MILL  SC 29715-0200
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
ROUNDPOINT MORTGAGE SERVICING      SANTANDER BANK                     SANTANDER BANK
CORPORATIO                         ATTN BANKRUPTCY MA1MB30109         PO BOX 12646
ATTN BANKRUPTCY                    PO BOX 841002                      READING    PA 19612-2646
PO BOX 19409                       BOSTON    MA 02284-1002
CHARLOTTE   NC 28219-9409


SANTANDER BANK                     SANTANDER BANK   NA                SOFI LENDING CORP
RESURGENT CAPITAL SERVICES         450 PENN STREET                    1 LETTERMAN DR
PO BOX 10587                       MC PA-450-FB1                      SAN FRANCISCO   CA 94129-1494
GREENVILLE   SC 29603-0587         READING    PA 19602-1011


SOFI LENDING CORP                  STATE DEPARTMENT FEDERAL CREDIT UNION   (P)TD BANK USA N A
ATTN BANKRUPTCY                    1630 KING ST                            ATTN CO WEINSTEIN   RILEY P S
PO BOX 654158                      ALEXANDRIA   VA 22314-2745              1415 WESTERN AVE
DALLAS   TX 75265-4158                                                     SUITE 700
                                                                           SEATTLE WA 98101-2051


                                                                      EXCLUDE
TARGET                             TARGET                             UNITED STATES TRUSTEE
PO BOX 673                         CO FINANCIAL   RETAIL SRVS MAILSTOP BT   OFFICE OF UNITED STATES TRUSTEE
MINNEAPOLIS   MN 55440-0673        PO BOX 9475                        ROBERT NC NIX FEDERAL BUILDING
                                   MINNEAPOLIS   MN 55440-9475        900 MARKET STREET
                                                                      SUITE 320
                                                                      PHILADELPHIA   PA 19107-4202


                                   DEBTOR
ZWICKER   ASSOCIATES   PC          JEFFREY VICKI                      PAUL MICHAEL MIDZAK
80 MINUTEMAN ROAD                  229 EDGEMONT AVE                   HARBORSTONE LAW LLP
ANDOVER   MA 01810-1008            ARDMORE   PA 19003-2704            40 W EVERGREEN AVE
                                                                      STE 101
                                                                      PHILADELPHIA   PA 19118-3324



(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265
```