| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10161-AMC**

Jeffrey Vicki  
229 Edgemont Ave.  
Ardmore  PA    19003

Petition Filed Date: 01/17/2024  
341 Hearing Date: 03/15/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2024 | $1,250.00 | | 03/12/2024 | $1,250.00 | | 04/12/2024 | $1,250.00 | |
| 04/18/2024 | $35.00 | | 05/13/2024 | $1,285.00 | | 06/12/2024 | $1,285.00 | |
| 07/10/2024 | $1,285.00 | | | | | | | |

**Total Receipts for the Period: $7,640.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,925.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL MICHAEL MIDZAK, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PSECU »» 001 | Unsecured Creditors | $19,536.02 | $0.00 | $0.00 |
| 2 | PSECU »» 002 | Secured Creditors | $49,481.53 | $0.00 | $0.00 |
| 3 | STATE DEPARTMENT FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $21,859.40 | $0.00 | $0.00 |
| 4 | RESURGENT CAPITAL SERVICES »» 004 | Unsecured Creditors | $29,987.24 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $16,845.35 | $0.00 | $0.00 |
| 6 | SANTANDER BANK NA »» 006 | Unsecured Creditors | $15,603.16 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $16,838.51 | $0.00 | $0.00 |
| 8 | TD BANK USA NA »» 008 | Unsecured Creditors | $10,470.79 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $204.70 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $9,356.96 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $7,464.82 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $7,135.55 | $0.00 | $0.00 |
| 13 | ROUNDPOINT MORTGAGE SERVICING LLC »» 013 | Mortgage Arrears | $656.39 | $0.00 | $0.00 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $12,102.18 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC »» 015 | Unsecured Creditors | $33,925.75 | $0.00 | $0.00 |

Chapter 13 Case No. 24-10161-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,925.00 | Current Monthly Payment: | $1,285.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $892.50 | Total Plan Base: | $77,030.00 |
| Funds on Hand: | $8,032.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.