**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| **IN RE:** | JEFFREY VICKI | : | **Case No.:** | 24-10161-amc |
| | Debtor | | | |
| | | : | **Chapter:** | 13 |

**CERTIFICATE OF SERVICE**

On July 30, 2024, I caused a copy of the following document to be served on the parties in the attached service list via the Court's Electronic Noticing System ("NEF").

THIRD AMENDED CHAPTER 13 PLAN – Jeffery Vicki, ECF Docket Reference No. 27

Dated: August 28, 2024

Respectfully Submitted,

By:   /s/ Paul M. Midzak

Paul M. Midzak, Esq.
Pennsylvania Bar No. 310447
pmm@harborstonelaw.com
**HARBORSTONE LAW LLP**
40 W. Evergreen Ave., Ste 101
Philadelphia, PA 19118
215-248-0989

*Attorney for the Debtor*

**SERVICE LIST**

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**PSECU**
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106−7013
BANKRUPTCYNOTICES@PSECU.COM