United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-10161-amc

Jeffrey Vicki     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Aug 29, 2024     Form ID: 155     Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Vicki, 229 Edgemont Ave., Ardmore, PA 19003-2704 |
| 14847269 | + | Amy Doyle, Esq., Doyle & Hoefs, LLC 2043 Springwood Road, York, PA 17403-4836 |
| 14852598 | + | Matrix Financial Services Corporation, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14847281 | | PSECU, PO Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863037 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 00:27:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14847268 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 00:16:41 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14847267 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 00:16:41 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 14847270 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 30 2024 00:17:00 | Barclays Bank, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14847272 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 30 2024 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14847271 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 30 2024 00:17:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14847273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 00:27:09 | CBNA, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14847274 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 00:26:56 | CBNA - LL Bean, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14847277 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 30 2024 00:17:00 | Credit Corp Solutions, 121 W Election Road Suite 200, Draper, UT 84020 |
| 14847275 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 00:27:01 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14847276 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 00:27:29 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14868672 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 00:16:40 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14847280 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2024 00:16:36 | LVNV Funding LLC, 6801 S. Cimarron Road Suite 424-J, Las Vegas, NV 89113-2273 |
| 14856633 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2024 00:15:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 155 | Total Noticed: 37 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 14847278 | Email/Text: Documentfiling@lciinc.com | Aug 30 2024 00:17:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14847279 | Email/Text: Documentfiling@lciinc.com | Aug 30 2024 00:17:00 | LendingClub Bank, 595 Market St., San Francisco, CA 94105-2802 |
| 14866074 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2024 00:42:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14847282 | Email/Text: bankruptcynotices@psecu.com | Aug 30 2024 00:18:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14868766 | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2024 00:17:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14868174 | Email/Text: bankruptcy@roundpointmortgage.com | Aug 30 2024 00:17:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14847284 | ^ MEBN | Aug 30 2024 00:07:08 | Roundpoint Mortgage Servicing Corporatio, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 14847283 | Email/Text: bankruptcy@roundpointmortgage.com | Aug 30 2024 00:17:00 | Roundpoint Mortgage Servicing Corporatio, 446 Wrenplace Rd, Fort Mill, SC 29715-0200 |
| 14847286 | Email/Text: DeftBkr@santander.us | Aug 30 2024 00:18:00 | Santander Bank, PO Box 12646, Reading, PA 19612-2646 |
| 14847285 | Email/Text: DeftBkr@santander.us | Aug 30 2024 00:18:00 | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09, PO Box 841002, Boston, MA 02284-1002 |
| 14856630 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2024 00:15:41 | Santander Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859301 | + Email/Text: DeftBkr@santander.us | Aug 30 2024 00:18:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14847288 | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 30 2024 00:27:17 | Sofi Lending Corp, Attn: Bankruptcy, PO Box 654158, Dallas, TX 75265-4158 |
| 14847287 | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 30 2024 00:16:35 | Sofi Lending Corp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 14847289 | + Email/Text: collections@sdfcu.org | Aug 30 2024 00:18:00 | State Department Federal Credit Union, 1630 King St, Alexandria, VA 22314-2745 |
| 14866039 | Email/Text: bncmail@w-legal.com | Aug 30 2024 00:17:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14847290 | Email/Text: bncmail@w-legal.com | Aug 30 2024 00:17:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14847291 | Email/Text: bncmail@w-legal.com | Aug 30 2024 00:17:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14847292 | Email/Text: bkfilings@zwickerpc.com | Aug 30 2024 00:18:00 | Zwicker & Associates, PC, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 29, 2024 | Form ID: 155 | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com |
| PAUL MICHAEL MIDZAK | on behalf of Debtor Jeffrey Vicki pmm@harborstonelaw.com dem@harborstonelaw.com;midzak.paulb122472@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Jeffrey Vicki

    Debtor(s).

Case No. 24−10161−amc

Chapter: 13

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 28, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court