| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-10161-AMC**

| | |
|---|---|
| Jeffrey Vicki | Petition Filed Date: 01/17/2024 |
| 229 Edgemont Ave. | 341 Hearing Date: 03/15/2024 |
| Ardmore  PA    19003 | Confirmation Date: 08/28/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $1,285.00 | | 09/10/2024 | $1,285.00 | | 10/01/2024 | $1,285.00 | |
| 11/07/2024 | $30.00 | | 11/14/2024 | $1,295.00 | | 12/11/2024 | $1,295.00 | |
| 01/13/2025 | $1,295.00 | | 02/11/2025 | $1,295.00 | | 03/11/2025 | $1,295.00 | |
| 04/09/2025 | $1,295.00 | | 05/08/2025 | $1,295.00 | | 06/03/2025 | $1,295.00 | |
| 07/03/2025 | $1,295.00 | | | | | | | |

**Total Receipts for the Period: $15,540.00   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $24,475.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL MICHAEL MIDZAK, ESQUIRE | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 1 | PSECU »» 001 | Unsecured Creditors | $19,536.02 | $1,740.79 | $17,795.23 |
| 2 | PSECU »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | STATE DEPARTMENT FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $21,859.40 | $1,947.80 | $19,911.60 |
| 4 | RESURGENT CAPITAL SERVICES »» 004 | Unsecured Creditors | $29,987.24 | $2,672.05 | $27,315.19 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $16,845.35 | $1,501.00 | $15,344.35 |
| 6 | SANTANDER BANK NA »» 006 | Unsecured Creditors | $15,603.16 | $1,390.32 | $14,212.84 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $16,838.51 | $1,500.40 | $15,338.11 |
| 8 | TD BANK USA NA »» 008 | Unsecured Creditors | $10,470.79 | $933.04 | $9,537.75 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $204.70 | $15.75 | $188.95 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $9,356.96 | $833.79 | $8,523.17 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $7,464.82 | $665.16 | $6,799.66 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $7,135.55 | $635.81 | $6,499.74 |
| 13 | ROUNDPOINT MORTGAGE SERVICING LLC »» 013 | Mortgage Arrears | $657.00 | $657.00 | $0.00 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $12,102.18 | $1,078.38 | $11,023.80 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC<br>»»  015 | Unsecured Creditors | $33,925.75 | $3,023.01 | $30,902.74 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,475.00 | Current Monthly Payment: | $1,285.00 |
| Paid to Claims: | $22,394.30 | Arrearages: | ($130.00) |
| Paid to Trustee: | $2,078.20 | Total Plan Base: | $77,030.00 |
| Funds on Hand: | $2.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.