UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeffrey Vicki | Case No.:  24-10161 |
| | Adversary No.: ___ |
| | Chapter:  13 |
| Debtor | Judge:  Ashely M Chan |

## CHANGE OF ADDRESS

**Creditor Name:**  Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/06/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Jeffrey Vicki                                  Chapter #13
                                               Case No. 24-10161
                                               Honorable Ashely M Chan

Debtor
_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 6, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 6th day of December 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 1960
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Jeffrey Vicki
229 Edgemont Ave.
Ardmore, PA 19003

VIA ECF
Scott F Waterman
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Paul Michael Midzak
pmm@harborstonelaw.com