Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jeffrey Vicki
229 Edgemont Ave.
Ardmore, PA 19003

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10161-AMC**

Petition Filed Date: 01/17/2024
341 Hearing Date: 03/15/2024
Confirmation Date: 08/28/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $1,295.00 | | 09/10/2025 | $1,295.00 | | 10/08/2025 | $1,295.00 | |
| 11/10/2025 | $1,295.00 | | 12/03/2025 | $1,295.00 | | 12/31/2025 | $1,295.00 | |
| 01/28/2026 | $1,295.00 | | 02/27/2026 | $1,295.00 | | 03/31/2026 | $1,295.00 | |
| 05/05/2026 | $1,295.00 | | 06/02/2026 | $1,295.00 | | 06/30/2026 | $1,295.00 | |
| 07/28/2026 | $1,295.00 | | | | | | | |

**Total Receipts for the Period: $16,835.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $40,015.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL MICHAEL MIDZAK, ESQUIRE | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 1 | PSECU<br>»» 001 | Unsecured Creditors | $19,536.02 | $3,135.32 | $16,400.70 |
| 2 | PSECU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | STATE DEPARTMENT FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $21,859.40 | $3,508.25 | $18,351.15 |
| 4 | RESURGENT CAPITAL SERVICES<br>»» 004 | Unsecured Creditors | $29,987.24 | $4,812.66 | $25,174.58 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $16,845.35 | $2,703.51 | $14,141.84 |
| 6 | SANTANDER BANK NA<br>»» 006 | Unsecured Creditors | $15,603.16 | $2,504.15 | $13,099.01 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $16,838.51 | $2,702.42 | $14,136.09 |
| 8 | TD BANK USA NA<br>»» 008 | Unsecured Creditors | $10,470.79 | $1,680.45 | $8,790.34 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $204.70 | $31.67 | $173.03 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $9,356.96 | $1,501.72 | $7,855.24 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $7,464.82 | $1,198.06 | $6,266.76 |

**Chapter 13 Case No. 24-10161-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $7,135.55 | $1,145.14 | $5,990.41 |
| 13 | ROUNDPOINT MORTGAGE SERVICING LLC<br>»» 013 | Mortgage Arrears | $657.00 | $657.00 | $0.00 |
| 14 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 014 | Unsecured Creditors | $12,102.18 | $1,942.29 | $10,159.89 |
| 15 | QUANTUM3 GROUP LLC<br>»» 015 | Unsecured Creditors | $33,925.75 | $5,444.80 | $28,480.95 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,015.00 | Current Monthly Payment: | $1,285.00 |
| Paid to Claims: | $36,767.44 | Arrearages: | ($250.00) |
| Paid to Trustee: | $3,246.34 | Total Plan Base: | $77,030.00 |
| Funds on Hand: | $1.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.