PSECU℠

IN RE:

JEFFREY VICKI
Debtor(s)

US Bankruptcy Court
Eastern District of Pennsylvania
Movant

vs.

PA STATE EMPLOYEES CU
Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Mortgage Payment Change upon the following by regular United States mail, postage prepaid, addressed as follows:

US Bankruptcy Court, Attn: Clerk, 900 Market Street, Suite 400, Philadelphia, PA 19107
Scott F. Waterman, 2901 St. Lawrence Avenue, Suite 100, Reading PA 19606
Jeffrey Vicki, 229 Edgemont Avenue, Ardmore, PA 19003
Paul Michael Midzak, 40 W. Evergreen Avenue, Suite 101, Philadelphia, PA 19118

Date: 10/08/2026

Holly Childress
PSECU Account Advisor

PO BOX 67013
Harrisburg, PA 17106
800-237-7328 ext. 3115

©PSECU 55031CL 0420